# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147945 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                            SC:  147945
                            COA:  315858

TYREE ROBERT ROSS,
        Defendant-Appellant.
                            Isabella CC:  2012-000354-FH

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion to appeal the Court of Appeals refusal to disregard the application for leave to appeal filed in that court is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



t1216

                          Clerk